# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAD COTTELLI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JACQUELINE
M. BLUTH, DISTRICT JUDGE,
Respondents,
and
CHIEH-SHENG LIN,
Real Party in Interest.

No. 82187

**FILED**

SEP 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of prohibition challenges a district court order denying without an evidentiary hearing a motion to dismiss for lack of personal jurisdiction. Having considered the petition and its supporting documentation, we are not persuaded on this record that our extraordinary and discretionary intervention is warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-27208

cc: Hon. Jacqueline M. Bluth, District Judge
Garg Golden Law Firm
Anderson McPharlin & Conners LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A